**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case. No. 3:11-cv-98-J-34TEM

NAOMI E. KELLEY,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 9; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on April 22, 2011. In the Report, Magistrate Judge Morris recommends that the United States' Motion for Entry of Default Judgment (Dkt. No. 8; Motion for Default Judgment) be granted, that Judgment be entered in favor of the United States in the amount of $2,337.19, plus interest at the rate of 5.01% per annum from March 16, 2011, to the date of Judgment, that the United States be awarded costs in the amount of $25.00, and that the United States be awarded post-judgment interest at the legal rate established by Title 28, United States Code, Section 1961. See Report at 3. Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007WL 1428615 at *1 (M.D. FLA. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Report, the Court will accept and adopt, in part, the Report.  The Court is in agreement with the Magistrate Judge's analysis of the Motion for Default Judgment, and with his recommendation that the Motion for Default Judgment is due to be granted.  However, the Court determines that what appears to have been a mathematical error results in a recommendation that judgment be entered in an amount greater than that due to the United States.

The United States asserts that Defendant is in default of her obligation to pay $1,917.49, and that pursuant to the promissory note executed by Defendant, interest on that sum accrues at a rate of 5.01% per annum or $0.26 per day.  Indeed, the Certificate of Indebtedness attached as Ex. B to the Motion for Default Judgment specifically provides that "interest accrues on the principal shown here at the current rate of 5.01 percent and a daily rate of $0.26."[1]  Motion for Default Judgment at Exhibit B.  However, the Report recommends that judgment be entered "in favor of the United States in the amount of $2,337.19 plus interest at a rate of 5.01% per annum from March 16, 2011 to the date of Judgment."  Report at 3.  If the Court were to enter judgment in accordance with this

---

[1] Although the Certificate of Indebtedness indicates that after June 30, 2009, the rate of interest would be governed by the Higher Education Act of 1965, as amended, 20 U.S.C. §1087(e), in the Motion for Default Judgment, Plaintiff only seeks the rate previously set forth. See Motion for Default Judgment at 2.

recommendation, the United States would be awarded interest accruing at a rate of 5.01% on approximately $419 of previously accrued interest, rather than solely on the outstanding principal due.  Such an award is neither supported by the Motion for Default Judgment nor the Certificate of Indebtedness.  Instead, it appears that judgment is due to be entered in favor of the United States in the principal amount of $1,917.49, together with prejudgment interest accruing at a rate of 5.01% per annum through the date of judgment, or $440.22$^2$, and post judgment interest thereafter.

In light of the forgoing, it is hereby **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 9) is **ADOPTED,** as the opinion of the Court, to the extent that:

    a. The United States' Motion for Entry of Default Judgment (Dkt. No. 8) is **GRANTED.**

    b. The Clerk of Court is directed to enter Judgment in favor of the United States against Naomi E. Kelley in the amount of $1,917.49, together with prejudgment interest in the amount of $440.22.

    c. The United States is awarded costs for service and travel pursuant to Title 28, United States Code, Section 1921 in the amount of $25.00.

    d. Post-judgment interest shall accrue at the legal rate established by 28 United States Code § 1961.

---

$^2$The Court's calculation of the interest accrued between February 11, 2009, and March 16, 2011, differs by a penny.  Additionally, the court has included $20.53 in interest for the period beginning March 17, 2011, to the date of Judgment (78 days x .2631952).

    2.    The Clerk of Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of June, 2011.

MARCIA MORALES HOWARD
United States District Judge

i12

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record

Pro Se Parties